UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| CITY OF ANNAPOLIS, MARYLAND, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) Case No.: 1:21-cv-00772-ELH |
| BP P.L.C., *et al.*, | ) ) |
| Defendants. | ) ) ) |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel of record in this case for defendants CNX Resources Corporation, CONSOL Energy Inc., and CONSOL Marine Terminals LLC.[1]

I certify that I am admitted to practice in this Court.

Dated: April 5, 2021

Respectfully Submitted,

/s/ Tracy A. Roman
Tracy A. Roman, Bar Number 11245
CROWELL & MORING LLP
1001 Pennsylvania Ave.
Washington, DC 20004
Tel: 202-624-2500
Fax: 202-528-2116
troman@crowell.com

---

[1] CNX Resources Corporation, CONSOL Energy Inc., and CONSOL Marine Terminals LLC reserve all rights, including defenses and objections as to venue, service, and personal jurisdiction. The filing of this Notice is subject to, and is not intended to and does not waive, any such defenses and objections.

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was filed through the ECF system on the 5th day of April 2021.

/s/ Tracy A. Roman
Tracy A. Roman