# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

**(Northern Division)**

| | |
|---|---|
| CITY OF ANNAPOLIS, MARYLAND,<br><br>  Plaintiff,<br><br>v.<br><br>BP P.L.C., *et al.*,<br><br>  Defendants. | Civil Action No. 1:21-cv-00772-ELH |

## NOTICE OF APPEARANCE

Please enter the appearance of Ava E. Lias-Booker of McGuireWoods LLP, as counsel for Defendant American Petroleum Institute, in the above-captioned matter.

Dated: April 7, 2021                           Respectfully submitted,

/s/ *Ava E. Lias-Booker*
Ava E. Lias-Booker (Fed. Bar No. 05022)
**MCGUIREWOODS LLP**
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202-3169
Telephone: (410) 659-4430
Fax: (410) 659-4558
alias-booker@mcguirewoods.com

*Counsel for Defendant*
*American Petroleum Institute*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2021, a copy of the foregoing Notice of Appearance was electronically filed and served on all counsel of record via the Court's CM/ECF system.

                                    */s/ Ava E. Lias-Booker*
                                    Ava E. Lias-Booker