IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

**(Northern Division)**

| | |
|---|---|
| CITY OF ANNAPOLIS, MARYLAND,<br><br>      Plaintiff,<br><br>v.<br><br>BP P.L.C., *et al.*,<br><br>      Defendants. | Civil Action No. 1:21-cv-00772-ELH |

## NOTICE OF APPEARANCE

Please enter the appearance of Melissa O. Martinez of McGuireWoods LLP, as counsel for Defendant American Petroleum Institute, in the above-captioned matter.

Dated: April 7, 2021

Respectfully submitted,

*/s/ Melissa O. Martinez*
Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street, Suite 1000
Baltimore, Maryland 21202-3169
Telephone: (410) 659-4432
Fax: (410) 659-4482
mmartinez@mcguirewoods.com

***Counsel for Defendant***
***American Petroleum Institute***

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 7, 2021, a copy of the foregoing Notice of Appearance was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Melissa O. Martinez*
Melissa O. Martinez