THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CITY OF ANNAPOLIS, MARYLAND,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BP P.L.C., *et al.*,<br><br>　　　　Defendants. | Civil Action No. 1:21-cv-00772-ELH |

DEFENDANT AMERICAN PETROLEUM INSTITUTE'S
DISCLOSURE OF AFFILIATIONS AND FINANCIAL INTEREST

Defendant American Petroleum Institute ("API"), by undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 103.3, files this Disclosure of Affiliations and Financial Interest and states:

American Petroleum Institute has no parent corporation and no publicly held corporation owns 10 percent or more of its stock.[1]

Dated:  April 8, 2021

Respectfully submitted,

*/s/ Melissa O. Martinez*
Ava E. Lias-Booker (Fed. Bar No. 05022)
Melissa O. Martinez (Fed. Bar No. 28975)
**MCGUIREWOODS LLP**
500 East Pratt Street
Suite 1000
Baltimore, Maryland 21202-3169
Telephone: (410) 659-4400
Fax: (410) 659-4599
alias-booker@mcguirewoods.com
mmartinez@mcguirewoods.com

---

[1] This disclosure is not an admission of any factual allegation or legal conclusion or a waiver of any rights, defenses, or objections, including venue, service, or personal jurisdiction.

1

Brian D. Schmalzbach (*pro hac vice forthcoming*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4176
Fax: (804) 698-2304
bschmalzbach@mcguirewoods.com

Andrew G. McBride (*pro hac vice forthcoming*)
**MCGUIREWOODS LLP**
888 16th Street N.W.
Suite 500
Black Lives Matter Plaza
Washington, DC 20006
Telephone: (202) 857-2487
Fax: (202) 828-2987
amcbride@mcguirewoods.com

*Counsel for Defendant*
*American Petroleum Institute*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2021, a copy of the foregoing Defendant American Petroleum Institute's Disclosure of Affiliations and Financial Interest was electronically filed and served on all counsel of record via the Court's CM/ECF system.

*/s/ Melissa O. Martinez*
Melissa O. Martinez