UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CITY OF ANNAPOLIS, MARYLAND,<br><br>      Plaintiff,<br><br>    v.<br><br>BP P.L.C.; *et al.*,<br><br>      Defendants. | CASE NO.: 21-cv-00772-SAG |

## JOINT PROPOSAL AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE ON MOTION FOR STAY AND MOTION FOR REMAND [1]

Pursuant to the Court's April 27, 2022 Letter Order, Dkt. 148, Plaintiff and Defendants (the "Parties") jointly propose a motions briefing schedule for (1) briefing on Defendants' forthcoming motion to stay proceedings pending resolution of the pending petition for rehearing *en banc* in the Fourth Circuit and, if necessary, proceedings before the U.S. Supreme Court in *Mayor & City Council of Baltimore v. BP P.L.C.*, No. 19-1644 (4th Cir.); and (2) further briefing on Plaintiff's motion to remand. Having met and conferred and come to an agreement, the Parties jointly propose the following briefing schedule:

1. Defendants' Motion to Stay:

    a. Defendants' Motion to Stay shall be filed by May 25, 2022;

    b. Plaintiff's Opposition shall be filed by June 8, 2022;

    c. Defendants' Reply shall be filed by June 22, 2022.

---

[1] This submission does not operate as an admission of any factual allegation or legal conclusion and is submitted subject to and without waiver of any right, defense, affirmative defense, claim, or objection, including lack of subject matter jurisdiction, or lack of personal jurisdiction, insufficient process, or insufficient service of process.

2. <u>Plaintiff's Motion to Remand</u>:

    a. Plaintiff's Amended Memorandum of Points and Authorities in support of its Motion to Remand shall be filed by July 15, 2022;

    b. Defendants shall coordinate their efforts to file a single Consolidated Opposition to Plaintiff's Motion to Remand, which shall be filed by August 16, 2022;[2]

    c. Plaintiff's Reply in support of Motion to Remand shall be due by September 6, 2022.

Dated: May 11, 2022

Respectfully submitted,

| | |
|---|---|
| /s/ D. Michael Lyles | /s/ *Ty Kelly Cronin* |
| D. Michael Lyles | Ty Kelly Cronin (Bar No. 27166) |
|   City Attorney, #13120 | Alison C. Schurick (Bar No. 19770) |
| Joel A. Braithwaite | Kyle S. Kushner (Bar No. 20305) |
|   Assistant City Attorney, #28081 | BAKER, DONELSON, BEARMAN, |
| CITY OF ANNAPOLIS | CALDWELL & BERKOWITZ P.C. |
| OFFICE OF LAW | 100 Light Street, 19th Floor |
| 160 Duke of Gloucester Street | Baltimore, MD 21202 |
| Annapolis, Maryland 21401 | Telephone: (410) 862-1049 |
| T: 410-263-7954 | Facsimile: (410) 547-0699 |
| F: 410-268-3916 | Email: tykelly@bakerdonelson.com |
| dmlyles@annapolis.gov | Email: aschurick@bakerdonelson.com |
| jabraithwaite@annapolis.gov | Email: kskushner@bakerdonelson.com |
| | |
| SHER EDLING LLP | Theodore J. Boutrous, Jr., (*pro hac vice* |
| Victor M. Sher (*pro hac vice*) | forthcoming) |
| Matthew K. Edling (*pro hac vice*) | William E. Thomson, (*pro hac vice* |
| Martin D. Quiñones (*pro hac vice*) | forthcoming) |
| 100 Montgomery St., Ste. 1410 | GIBSON, DUNN & CRUTCHER LLP |
| San Francisco, CA 94104 | 333 South Grand Avenue |
| Tel: (628) 231-2500 | Los Angeles, CA 90071 |
| Fax: (628) 231-2929 | Telephone: 213.229.7000 |
| Email: vic@sheredling.com | Facsimile: 213.229.7520 |
| matt@sheredling.com | tboutrous@gibsondunn.com |
| marty@sheredling.com | wthomson@gibsondunn.com |

---

[2] Defendants reserve the right to seek additional pages for their Opposition after reviewing Plaintiff's Amended Memorandum to the extent they believe additional pages are necessary and appropriate.

Andrea E. Neuman, (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: 212.351.4000
Facsimile: 212.351.4035
aneuman@gibsondunn.com

Thomas G. Hungar, (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.,
Washington, DC 20036
Telephone: 202.955.8500
Facsimile: 202.467.0539
thungar@gibsondunn.com

Joshua D. Dick, (*pro hac vice* forthcoming)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
jdick@gibsondunn.com

*Attorneys for Defendants Chevron Corporation and Chevron U.S.A. Inc.*


*/s/ Martha Thomsen*
Martha Thomsen (Bar No. 18560)
Megan H. Berge (*pro hac vice*)
BAKER BOTTS LLP
700 K Street, N.W.
Washington, D.C. 20001-5692
Telephone: (202) 639-7863
Facsimile: (202) 508-9329
Email: martha.thomsen@bakerbotts.com
Email: megan.berge@bakerbotts.com

J. Scott Janoe (*pro hac vice*)
BAKER BOTTS LLP
910 Louisiana Street
Houston, Texas 77002
Telephone: (713) 229-1553

Facsimile: (713) 229-7953
Email: scott.janoe@bakerbotts.com

*Attorneys for Defendant Hess Corp.*


*/s/ Tracy A. Roman*
Tracy A. Roman, Bar Number 11245
Kathleen Taylor Sooy (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
Tel: (202) 624-2500
Fax: (202) 628-5116
troman@crowell.com
ksooy@crowell.com

Honor R. Costello (*pro hac vice*)
CROWELL & MORING LLP
590 Madison Avenue, 20th Fl.
New York, NY 10022
Tel.: (212) 223-4000
Fax: (212) 223-4134
hcostello@crowell.com

*Attorneys for CONSOL Energy Inc. and CONSOL Marine Terminals LLC*


*/s/ Daniella A. Einik*
JONES DAY
Noel J. Francisco (*application for admission approved; registered for admission ceremony*)
Daniella A. Einik (Bar No. 20245)
David M. Morrell (*pro hac vice*)
J. Benjamin Aguiñaga (*pro hac vice*)
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
E-mail: njfrancisco@jonesday.com
E-mail: deinik@jonesday.com
E-mail: dmorrell@jonesday.com
E-mail: jbaguinaga@jonesday.com

4

David C. Kiernan (*pro hac vice*)
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
E-mail: dkiernan@jonesday.com

*Attorneys for Defendant CNX Resources Corp.*


*/s/ Mark S. Saudek*
Mark S. Saudek
GALLAGHER EVELIUS & JONES LLP
218 North Charles Street, Suite 400
Baltimore, Maryland 21201
Ph.: (410) 347-1365
Fax: (410 468-2786
msaudek@gejlaw.com

Robert Reznick (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
1152 15th Street NW
Washington, DC 20005
Tel.: (202) 339-8600
Fax: (202) 339-8500
rreznick@orrick.com

James Stengel (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
51 West 52nd Street
New York, New York 10019-6142
Tel.: (212) 506-5000
Fax: (212) 506-5151
jstengel@orrick.com

Catherine Y. Lui (admitted *pro hac vice*)
ORRICK, HERRINGTON & SUTCLIFFE, LLP
405 Howard Street
San Francisco, CA 94105-2669
Tel: (415) 773-5571
Fax: (415) 773-5759
clui@orrick.com

Attorneys for Defendants Marathon Oil
Corporation and Marathon Oil Company

/s/ *Craig A. Thompson*
Craig A. Thompson (CPF No. 9512140211)
VENABLE LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
Telephone: (410) 244-7605
Facsimile: (410) 244-7742
Email: cathompson@venable.com

Theodore V. Wells, Jr. (*pro hac vice* forthcoming)
Daniel J. Toal (*pro hac vice* forthcoming)
Yahonnes Cleary (*pro hac vice* forthcoming)
Caitlin E. Grusauskas (*pro hac vice* forthcoming)
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3089
Facsimile: (212) 492-0089
Email: twells@paulweiss.com
Email: dtoal@paulweiss.com
Email: ycleary@paulweiss.com
Email: cgrusauskas@paulweiss.com

*Attorneys for Defendants EXXON MOBIL CORPORATION and EXXONMOBIL OIL CORPORATION*

/s/ *Perie Reiko Koyama*
Perie Reiko Koyama (CPF No. 1612130346)
PKoyama@huntonak.com
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

6

Shannon S. Broome (*pro hac vice*)
SBroome@HuntonAK.com
Ann Marie Mortimer (*pro hac vice* )
AMortimer@HuntonAK.com
HUNTON ANDREWS KURTH LLP
50 California Street, Suite 1700
San Francisco, CA 94111
Telephone: (415) 975-3700
Facsimile: (415) 975-3701

Shawn Patrick Regan (*pro hac vice*)
SRegan@HuntonAK.com
HUNTON ANDREWS KURTH LLP
200 Park Avenue, 52nd Floor
New York, NY 10166
Telephone: (212) 309-1000
Facsimile: (212) 309-1100

*Attorneys for Defendants MARATHON PETROLEUM CORPORATION and SPEEDWAY LLC*

/s/ *David B. Hamilton*
David B. Hamilton (Bar No. 04308)
Sarah E. Meyer (Bar No. 29448)
Hillary V. Colonna (Bar No. 19704)
WOMBLE BOND DICKINSON (US) LLP
100 Light Street, 26th Floor
Baltimore, MD 21202
Telephone: (410) 545-5800
Facsimile: (410) 545-5801
Email: david.hamilton@wbd-us.com
Email: sarah.meyer@wbd-us.com
Email: hillary.colonna@wbd-us.com

Steven M. Bauer (*pro hac vice*)
Margaret A. Tough (*pro hac vice*)
Katherine A. Rouse (*pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
Telephone: (415) 391-0600
Facsimile: (415) 395-8095
Email: steven.bauer@lw.com
Email: margaret.tough@lw.com
Email: katherine.rouse@lw.com

        Matthew J. Peters (Bar No. 21902)
        LATHAM & WATKINS LLP
        555 Eleventh Street NW, Suite 1000
        Washington, DC 20004-1304
        Telephone: (202) 637-2200
        Facsimile: (202) 637-2201
        Email: matthew.peters@lw.com

        Jameson R. Jones (*pro hac vice*)
        Daniel R. Brody (*pro hac vice*)
        BARTLIT BECK LLP
        1801 Wewatta Street, Suite 1200
        Denver, CO 80202
        Telephone: (303) 592-3100
        Facsimile: (303) 592-3140
        Email: jameson.jones@bartlit-beck.com
        E-mail: dan.brody@bartlit-beck.com

        *Attorneys for Defendants ConocoPhillips and ConocoPhillips Company*


        /s/ *Matthew J. Peters*
        Matthew J. Peters (Bar No. 21902)
        LATHAM & WATKINS LLP
        555 Eleventh Street NW, Suite 1000
        Washington, DC 20004-1304
        Telephone: (202) 637-2200
        Facsimile: (202) 637-2201
        Email: matthew.peters@lw.com

        Steven M. Bauer (*pro hac vice*)
        Margaret A. Tough (*pro hac vice*)
        Katherine A. Rouse (*pro hac vice*)
        LATHAM & WATKINS LLP
        505 Montgomery Street, Suite 2000
        San Francisco, CA 94111-6538
        Telephone: (415) 391-0600
        Facsimile: (415) 395-8095
        Email: steven.bauer@lw.com
        Email: margaret.tough@lw.com
        Email: katherine.rouse@lw.com

        *Attorneys for Defendants Phillips 66 and Phillips 66 Company*

/s/ *Ava E. Lias-Booker*
Ava E. Lias-Booker
McGuireWoods LLP
500 E. Pratt Street, Suite 1000
Baltimore, Maryland 21202-3169
(410) 659-4400 Office
(410) 659-4599 Fax
alias-booker@mcguirewoods.com

Melissa O. Martinez
McGuireWoods LLP
500 E. Pratt Street, Suite 1000
Baltimore, Maryland 21202-3169
(410) 659-4400 Office
(410) 659-4599 Fax
mmartinez@mcguirewoods.com

Andrew G. McBride (*pro hac vice* forthcoming)
McGuireWoods LLP
888 16th Street N.W., Suite 500
Black Lives Matter Plaza
Washington, DC 20006-4103
(202) 857-2487 Office
(202) 828-2987 Fax
amcbride@mcguirewoods.com

Brian D. Schmalzbach (*pro hac vice* forthcoming)
McGuireWoods LLP
800 East Canal Street
Richmond, VA 23219
(804) 775-4746 Office
(804) 698-2304 Fax
bschmalzbach@mcguirewoods.com

*Attorneys for American Petroleum Institute*


/s/ *James M. Webster, III*
David C. Frederick (*pro hac vice*)
James M. Webster, III (Bar No. 23376)
Daniel S. Severson (*pro hac vice*)
Grace W. Knofczynski (*pro hac vice*)

9

KELLOGG, HANSEN, TODD, FIGEL
   & FREDERICK, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
Tel.: (202) 326-7900
Fax: (202) 326-7999
Email: dfrederick@kellogghansen.com
Email: jwebster@kelloghansen.com
Email: dseverson@kellogghansen.com
Email: gknofczynski@kellogghansen.com

*Attorneys for Defendants Shell plc (f/k/a Royal Dutch Shell plc) and Shell USA, Inc. (f/k/a Shell Oil Company)*


/s/ Thomas K. Prevas
Thomas K. Prevas (Bar No. 29452)
Michelle N. Lipkowitz (Bar No. 27188)
SAUL EWING ARNSTEIN & LEHR LLP
Baltimore, Maryland 21202-3133
Telephone: (410) 332-8683
Facsimile (410) 332-8123
Email: thomas.prevas@saul.com
Email: michelle.lipkowitz@saul.com
Attorneys for Defendants CROWN CENTRAL
LLC, CROWN CENTRAL NEW
HOLDINGS LLC and ROSEMORE, INC.


.
/s/ Warren N. Weaver
Warren N. Weaver (CPF No. 8212010510)
WHITEFORD TAYLOR &
PRESTON LLP
7 Saint Paul Street., Suite 1400
Baltimore, MD 21202
Telephone: (410) 347-8757
Facsimile: (410) 223-4177
Email: wweaver@wtplaw.com

EIMER STAHL LLP
Nathan P. Eimer, (*pro hac vice* forthcoming)
Pamela R. Hanebutt, (*pro hac vice* forthcoming)
Lisa S. Meyer, (*pro hac vice* forthcoming)

10

224 South Michigan Avenue, Suite 1100
Chicago, IL 60604
Tel: (312) 660-7600
neimer@eimerstahl.com
phanebutt@eimerstahl.com
lmeyer@eimerstahl.com

Robert E. Dunn, (*pro hac vice* forthcoming)
99 S. Almaden Blvd. Suite 642
San Jose, CA 95113
Tel: (408) 889-1690
rdunn@eimerstahl.com

*Attorneys for Defendant CITGO Petroleum Corporation*


*/s/ John B. Isbister*
John B. Isbister (Bar No. 00639)
Jaime W. Luse  (Bar No. 27394)
TYDINGS & ROSENBERG LLP
One East Pratt Street, Suite 901
Baltimore, MD 21202
jisbister@Tydings.com
jluse@Tydings.com
Tel: 410-752-9700
Fax: 410-727-5460

ARNOLD & PORTER KAYE SCHOLER LLP
Nancy Milburn, (*pro hac vice*)
nancy.milburn@arnoldporter.com
Diana Reiter, (*pro hac vice*)
diana.reiter@arnoldporter.com
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Facsimile: (212) 836-8689

Matthew T. Heartney, (*pro hac vice*)
matthew.heartney@arnoldporter.com
John D. Lombardo, (*pro hac vice*)
john.lombardo@arnoldporter.com
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000

11

Facsimile: (213) 243-4199

Jonathan W. Hughes, (*pro hac vice*)
jonathan.hughes@arnoldporter.com
Three Embarcadero Center, 10th Floor
San Francisco, CA 94111-4024
Telephone: (415) 471-3156
Facsimile: (415) 471-3400

*Attorneys for BP plc, BP America Inc., and BP Products North America Inc.*

SO ORDERED.

Dated: _____

_____
Stephanie A. Gallagher
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that, on the 11th day of May 2022, the foregoing document was filed through the ECF system and was thereby served on the registered participants identified on the Notice of Electronic Filing.

*/s/ Ty Kelly Cronin*

Ty Kelly Cronin