# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

City of Annapolis, Maryland                *

**Plaintiff,**

                                           *

v.                                              Case No. 21-cv-00772

BP P.L.C.                                   *

**Defendant.**                           *

## ENTRY OF APPEARANCE IN A CIVIL CASE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Enter my appearance as counsel in this case for the  CNX Resources Corporation

I certify that I am admitted to practice in this Court.

5/25/2022                                           /s/ Noel J. Francisco

Date                                                Signature

                                                    Noel J. Francisco, Bar No. 28961

                                                    Printed name and bar number

                                                    51 Louisiana Ave. NW, Washington DC 20001

                                                    Address

                                                    njfrancisco@jonesday.com

                                                    Email address

                                                    202-879-3939

                                                    Telephone number

                                                    202-626-1700

                                                    Fax number