IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(NORTHERN DIVISION)

| | |
|---|---|
| CITY OF ANNAPOLIS, MARYLAND | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * Civil Action No. 1:21-cv-00772-SAG |
| | * |
| BP P.L.C., *et al.* | * |
| | * |
| Defendants. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF ENTRY OF APPEARANCE

Please enter the appearance of Mark S. Saudek and Gallagher Evelius & Jones LLP as counsel for Defendants Marathon Oil Company and Marathon Oil Corporation.

Respectfully submitted,

**GALLAGHER EVELIUS & JONES LLP**


  */s/ Mark S. Saudek*
Mark S. Saudek (Fed. Bar #23963)
218 North Charles Street, Suite 400
Baltimore MD 21201
(410) 347-1365

*Attorneys for Defendants Marathon Oil Company and Marathon Oil Corporation*

Date: August 5, 2022

798054

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on this 5th day of August 2022, a copy of this Notice of Entry of Appearance has been served through CM ECF upon all counsel of record.

*/s/ Mark S. Saudek*
Mark S. Saudek

798054