IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| CITY OF ANNAPOLIS, MARYLAND,<br><br>                Plaintiff,<br>v.<br><br>BP P.L.C., *et al.*,<br><br>                Defendants. | Case No. 1:21-cv-00772-SAG |

## NOTICE OF APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant American Petroleum Institute. I certify that I am admitted to practice in this Court.

Dated: September 14, 2022

Respectfully submitted,

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach (Bar No. 30390)
**MCGUIREWOODS LLP**
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
Telephone: (804) 775-4746
Facsimile: (804) 698-2304
bschmalzbach@mcguirewoods.com

*Counsel for Defendant*
*American Petroleum Institute*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

*/s/ Brian D. Schmalzbach*
Brian D. Schmalzbach

*Counsel for Defendant*
*American Petroleum Institute*